THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00081-MR

| | |
|---|---|
| CHARLES ALAN FANCHER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ERIK A. HOOKS, Secretary of ) | |
| Department of Public Safety, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's "Motion to Throw Conviction Out to Exonerate All Charges" [Doc. 16].

On November 12, 2020, the Court dismissed the Petitioner's Petition for Writ of Habeas Corpus without prejudice to re-filing upon proper exhaustion. [Doc. 14]. On the same date, the Petitioner filed the present "Motion to Throw Conviction Out to Exonerate All Charges." [Doc. 16]. Because the Court has disposed of the underlying habeas petition, the Petitioner's present motion is moot and shall be denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Motion to Throw Conviction Out to Exonerate All Charges" [Doc. 16] is **DENIED**.

**IT IS SO ORDERED**.

Signed: November 30, 2020

*[Signature]*

Martin Reidinger
Chief United States District Judge